# DIVIDENDS REMITTED TO THE COURT

Case Number 10-13391 - OROSZ, BARBARA A.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Drs. Hill & Thomas**<br>25001 Emery Road<br>Suite 100<br>Cleveland, OH 44128<br>(5-1) 56903 | 000005 | 50.66 | 4.35 |
| ---------- Remittance Total ---------- | | 50.66 | 4.35 |

#152107

ck 107

TRUSTEE VIRGIL E. BROWN, JR., Trustee